**UNITED STATES of America, Plaintiff–Appellee**

v.

**Bennie D. EMEARY, Jr., Defendant–Appellant.**

**No. 09–40529**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2010.

Randall A. Blake, Assistant U.S. Attorney, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

Gerald W. Cobb, Cobb Law, Denton, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Bennie D. Emeary, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386

---

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Emeary has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under